473 A.2d 652

Hilbert v. V.F.W. Home Assn. of Monroe Cnty., Appellant.

Argued October 12, 1983. Edward H. Hoffner, for appellant; Edwin Krawitz, for appellee.

Before SPAETH, President Judge, and POPOVICH and HOFFMAN, JJ.

The judgment of the court is affirmed.